United States Bankruptcy Court
Western District of North Carolina

In re:
Robert James Tingman, Jr.
Jennifer Rebecca Tingman
     Debtors

Case No. 13-50866-ltb
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0419-5     User: murphyb     Page 1 of 1     Date Rcvd: Jul 20, 2017
                          Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
  4978719       E-mail/Text: ally@ebn.phinsolutions.com Jul 20 2017 18:22:04     Ally Financial,
        PO Box 130424,    Roseville, MN 55113-0004
                                                                                                                         TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2017 at the address(es) listed below:
        Danielle J. Walle    on behalf of Debtor Robert James Tingman, Jr. dwalle@mcilveenfamilylaw.com,
         candpbankruptcy@gmail.com
        Danielle J. Walle    on behalf of Debtor Jennifer Rebecca Tingman dwalle@mcilveenfamilylaw.com,
         candpbankruptcy@gmail.com
                                                                                                                                               TOTAL: 2

**2100 B (12/15**)

# United States Bankruptcy Court

Western District of North Carolina
Case No. 13-50866
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert James Tingman, Jr.
112 S. Cromwell Drive
Mooresville NC 28115

Jennifer Rebecca Tingman
112 S. Cromwell Drive
Mooresville NC 28115

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/19/2017.

Name and Address of Alleged Transferor(s):

Claim No. 13: Ally Financial, PO Box 130424, Roseville, MN 55113-0004

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO BOX 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/22/17

Steven T. Salata
**CLERK OF THE COURT**